1  WILLIAM L. BROSS
   W. LEWIS GARRISON, JR.
2  HENINGER GARRISON DAVIS, LLC
   2224 FIRST AVENUE NORTH
3  BIRMINGHAM, AL  35203
   TELEPHONE: 205 326-3336
4  FACSIMILE: 205 326-3332

Attorneys for Plaintiff,
BETTY ROSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No: 3:08-cv-02148-CRB<br>**MDL NO. 1699**<br>**District Judge:  Charles R. Breyer** |
| Betty Rose,<br>　　　　　　Plaintiff,<br>　　　vs.<br>Pfizer, Inc., et al.<br>　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, BETTY ROSE, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

| | | |
|---|---|---|
| 1 | DATED: 3/16, 2009 | By: *[signature]* |
| 2 | | William L. Bross |
| 3 | | Attorney for Betty Rose |
| 4 | DATED: July 6, 2009 | By: *[signature]* |

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: July 10, 2009

Hon. Charles R. Breyer
United States District Judge

*[Stamp: IT IS SO ORDERED — Judge Charles R. Breyer — United States District Court, Northern District of California]*

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**